In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-182 CR


____________________



EX PARTE SEAN FLYTHE






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 2248 (08-02921)






MEMORANDUM OPINION


 On March 26, 2008, the trial court denied Sean Flythe's application for writ of habeas
corpus without conducting an evidentiary hearing or issuing the writ of habeas corpus. We
questioned our jurisdiction over the appeal. Flythe did not respond.

 No appeal lies from the refusal to issue a writ of habeas corpus unless the trial court
rules on the merits of the application. Ex parte Hargett, 819 S.W.2d 866 (Tex. Crim. App.
1991); Ex parte Noe, 646 S.W.2d 230 (Tex. Crim. App. 1983). In this case, the trial court

did not address the merits of Flythe's application. The trial court did not issue a writ of
habeas corpus, nor did the court conduct an evidentiary hearing on the application for the
writ. Compare Ex parte Silva, 968 S.W.2d 367 (Tex. Crim. App. 1998); Ex parte
McCullough, 966 S.W.2d 529 (Tex. Crim. App. 1998). We hold we have no jurisdiction
over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.


 

 

 _____________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered June 25, 2008

Do Not Publish 


Before McKeithen, C.J., Gaultney and Kreger, JJ.